# MOTION DOCKET

**93–1374.  State v. Webb.**
Clermont App. No. CA91–08–053.  On motion to set execution date.  Motion granted.

**97–1831.  Leber v. Buckeye Union Ins. Co.**
Erie App. No. E–96–014.  On motion to strike brief of *amicus curiae* Ohio Association of Civil Trial Attorneys.  Motion denied.
F.E. SWEENEY, J., dissents.
RESNICK, J., not participating.

**97–1954.  State v. Fitzpatrick.**
Montgomery App. No. 16008.  On motion for leave to file delayed appeal.  Motion denied.
COOK, J., dissents.

**97–2008.  State v. Middlebrooks.**
Montgomery App. No. 15671.  On motion to strike appellee's merit brief.  Motion denied.
F.E. SWEENEY, J., dissents.

**97–2211.  Tongren v. Pub. Util. Comm.**
Public Utilities Commission, No. 95–656–GA–AIR.  On motion for admission *pro hac vice* of Jeffrey A. Gollump.  Motion granted.
MOYER, C.J., not participating.

**98–21.  Delli Bovi v. Pacific Indemn. Co.**
Certified State Law Question, No. 497CV0094.  On request for oral argument.  Request granted.

**98–23.  Delli Bovi v. Auto–Owners Mut. Ins. Co.**
Certified State Law Question, No. 497CV0147.  On request for oral argument.  Request granted.

**98–37.  State v. Conti.**
Lucas App. No. L–97–1237.  On motion for leave to file delayed appeal.  Motion denied.
MOYER, C.J., and COOK, J., dissent.

**98–71.  State v. Marker.**
Seneca App. No. 13–97–39.  On motion for appointment of Kent D. Nord as counsel.  *Sua sponte,* cause remanded to the court of appeals for appointment of Kent D. Nord as counsel.
COOK, J., dissents.